STATE OF NEW JERSEY v. JOHN J. RISTO.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH E. SWEET.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KAREN WILLIAMS.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LUCINDA R. ALMEIDA.

July 13, 1983.

Petition for certification denied.